IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KYLE HUMERICKHOUSE,

Plaintiff,

v.

LIBERTY MUTUAL PERSONAL INSURANCE
COMPANY,

Defendant.

Case No. 25-2098 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

Dated: 5/29/2026

MONICA A. STUMP, Clerk of Court

**Deputy Clerk**

Approved:

**J. PHIL GILBERT
DISTRICT JUDGE**